UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIORI, et al.,<br><br>　　　　　Defendants. | 1:23-cv-01676-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF NO. 6) AND GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 7)<br><br>AND<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

　　　　Plaintiff Marcel Ford is a state prisoner proceeding *pro se* in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983. After Plaintiff failed to submit an application to proceed *in forma pauperis* (IFP) or pay the filing fee, the Court issued an order on December 6, 2023, giving Plaintiff forty-five days to do either and warning of dismissal if Plaintiff failed to comply. (ECF No. 3). After that forty-five-day period had expired without Plaintiff paying the filing fee or submitting an IFP application, on January 29, 2024, the Court issued Findings and Recommendations to dismiss the case without prejudice. (ECF No. 6). Plaintiff then filed an application to proceed IFP. (ECF No. 7). Accordingly, the Court VACATES its previous Findings and Recommendations.

1

In his motion, Plaintiff has made the showing required by § 1915(a) and accordingly, his request to proceed IFP will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Court's Findings and Recommendations (ECF No. 6) are VACATED.
2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is GRANTED;
3. **The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**
4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the California Department of Corrections and Rehabilitation via CM/ECF.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __**February 14, 2024**__                /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE