**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCEL D. FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01676 JLT EPG (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THIS CASE FOR FAILURE TO STATE A CLAIM WITHOUT LEAVE TO AMEND<br><br>(Doc. 15) |

　　　　Marcel D. Ford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff generally alleges that Officer Fiori at Kern Valley State Prison failed to protect him from the risk of having an "R" suffix. (*See generally* Doc. 13.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The assigned magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915 and determined "Plaintiff's complaint fails to state any cognizable claims," in part because Plaintiff did not allege that Defendant Fiori acted with deliberate indifference and because Plaintiff has not alleged any injury from Defendant Fiori's conduct. (*Id.* at 6–7.) The magistrate judge recommended Plaintiff's complaint be dismissed without leave to amend. (*Id.* at 7.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (Doc. 15 at 7.) The Court advised Plaintiff that the "failure to file objections within the

1

specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the action. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 26, 2024 (Doc. 15) are **ADOPTED** in full.
2. Plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2024**

UNITED STATES DISTRICT JUDGE